IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| SCOTT GAGNON | § | |
| | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | 1:11-CV-00920-LY |
| | § | |
| HYATT CORPORATION | § | |
| | § | |
| Defendant. | § | |

**<u>PLAINTIFFS' ALTERNATIVE DISPUTE RESOLUTION REPORT</u>**

Pursuant to the Scheduling Order entered by the Court in the above matter and Rule CV-88 of the Local Rules of the United States District Court for the Western District of Texas, Plaintiff, Scott Gagnon, files his Report on Alternative Dispute Resolution as follows:

I.

No settlement negotiations have been conducted to date in this case.

II.

If settlement negotiations are conducted, Jonathan Sandstrom Hill would be responsible for conducting settlement negotiations on behalf of the Plaintiff.

III.

Plaintiff is amenable to resolving this matter through alternative dispute resolution after the parties have had an opportunity to conduct discovery, which is currently ongoing.

IV.

The undersigned counsel for Plaintiff certifies that Plaintiff has been notified of the Alternative Dispute Resolution procedures available in the United States District Court for the

Western District of Texas.

          Respectfully submitted,

          ROSS LAW GROUP
          1104 San Antonio St.
          Austin, Texas 78701
          (512) 474-7677 Telephone
          (512) 474-5306 Facsimile

          /S/ JONATHAN SANDSTROM HILL
          Jonathan Sandstrom Hill
          State Bar No. 24076667
          Jonathan@rosslawpc.com

          ATTORNEY FOR PLAINTIFF

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that on this 27th day of January, 2012, electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Stephanie S. Cleveland
Akin Gump
1700 Pacific Avenue
Suite 4100
Dallas, Texas 75201

          /S/ JONATHAN SANDSTROM HILL
          Jonathan Sandstrom Hill